In the Matter of the Claim of MABEL G. GORDON, Claimant, against NEW YORK LIFE INSURANCE COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Appellant.

Submitted May 22, 1950; decided May 26, 1950.

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended so as to provide that the order of the Appellate Division be reversed and the award of the Workmen's Compensation Board confirmed, with

a single bill of costs and disbursements in this court to the claimant and the Workmen's Compensation Board and costs to said board in the Appellate Division. (See *Matter of Santo* v. *Symington Mach. Co.*, 263 N. Y. 563; *Matter of Brennan* v. *Mack Int. Motor Truck Corp.*, 263 N. Y. 563, 663.) [See 300 N. Y. 652.]